

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2021

No. 04-20-00546-CV

Richard Louis **FLEMING**, III,
Appellant

v.

**NASA FEDERAL CREDIT UNION**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2020-CV-0167
Honorable Bill Squires, Judge Presiding

# O R D E R

Appellant's brief was due on December 21, 2020. On January 8, 2021, this court notified appellant that his brief was late and directed him to respond to this court in writing within ten days of the date of our notification, stating a reasonable explanation for failing to timely file the brief and that he was taking affirmative steps to remedy the deficiency. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER appellant to file, **no later than February 18, 2021**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See id.*; *see also* TEX. R. APP. P. 42.3(b), (c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court